FILED

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

Jacksonville Division

2017 OCT 10 PM 1:27

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

Donald Rafeal Mcciskill

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Steven Esposito

Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)
See Attached Page

Case No. 3:17-cv-1131-J-34JBT
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☑ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I. **The Parties to This Complaint**

    A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

    Name: Donald McCiskill
    Address: 725 23rd Street
    City: Orlando    State: FL    Zip Code: 32805
    County: Orange
    Telephone Number: 407-255-9932
    E-Mail Address:

    B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
    Name: Steven Esposito
    Job or Title (if known): Correctional Officer
    Address: 216 S.E. Corrections Way
    City: Lake City    State: FLA.    Zip Code: 32025
    County: Columbia
    Telephone Number:
    E-Mail Address (if known):
    [✓] Individual capacity    [ ] Official capacity

Defendant No. 2
    Name: J. Griffis
    Job or Title (if known): Correctional Officer
    Address: 216 S.E. Corrections Way
    City: Lake City    State: FL    Zip Code: 32025
    County: Columbia
    Telephone Number:
    E-Mail Address (if known):
    [✓] Individual capacity    [ ] Official capacity

Defendants: Section-B-cont-Page-2
Name: J. Griffis
Job or Title: Correctional Officer
216 S.E. Correction Way
Lake City, FL 32025

Name: R. White
Job or title: Correctional Officer
Address: 216 S.E. Correction Way
Lake City, FL. 32025

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
Name: R. White
Job or Title (if known): Correctional Officer
Address: 216 S.E. Corrections Way
Lake City    FL    32025
City    State    Zip Code
County: Columbia
Telephone Number:
E-Mail Address (if known):

[✓] Individual capacity   [ ] Official capacity

Defendant No. 4
Name: N-A
Job or Title (if known):
Address:

City    State    Zip Code
County:
Telephone Number:
E-Mail Address (if known):

[ ] Individual capacity   [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

8th Amendment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Page 3 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

<u>          N-A          </u>

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

<u>          N-A          </u>

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. See Attach Page

A. Where did the events giving rise to your claim(s) occur?

<u>At Columbia Correctional Institution</u>

B. What date and approximate time did the events giving rise to your claim(s) occur?

<u>8-8-16</u>

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Page 4 of 6

III- STATEMENT OF CLAIM - CONTIN - PAGE - 4

C.

① ON 8-8-16 AT COLUMBIA ANNEX, I WAS IN CONFINEMENT HOUSED IN CELL-4211. ② SGT. WHITE, OFFICER GRIFFIS AND CAPTAIN ESPOSITO CAME TO MY CELL. ③ CAPTAIN ESPOSITO STATED TO ME, "I'M ABOUT TO PLACE AN INMATE IN THE CELL WITH YOU WHO LIKES TO RAPE OTHER INMATES. ④ I IMMEDIATELY STATED, "I'M IN FEAR OF MY LIFE AND I DECLARE A PSYCHOLOGICAL EMERGENCY. ⑤ TO WHICH OFFICER GRIFFIS STATED TO ME, "it WILL DO YOU NO-GOOD BECAUSE THIS PSY-DOCTOR IS DOWN WITH US." ⑥ WHEN THE PSY-DOCTOR CAME TO CONFINEMENT, I WAS TAKEN TO THE NURSES' STATION. ⑦ HE ASKED ME WHAT IS THE PROBLEM, I INFORMED HIM THAT I WAS IN FEAR OF MY LIFE AND FELT LIKE KILLING MYSELF. ⑧ THE PSY-DOCTOR STATED, "NONSENSE TAKE THIS INMATE BACK TO HIS CELL." ⑨ UPON SEEING THE INMATE ALREADY PLACED IN MY CELL, CAPTAIN ESPOSITO ORDERED SGT. WHITE AND OFFICER GRIFFIS TO REMOVE THE INMATE OUT THE CELL. ⑩ CAPTAIN ESPOSITO STATED TO SGT. WHITE AND OFFICER GRIFFIS - "NOW BEAT HIS ASS." ⑪ I WAS THROWN TO THE FLOOR OF MY CELL AND

Attached: Statement of Claim - Contine Page 4

and Sgt. White and Officer Griffis punched and kicked me as Captain Esposito watched. ⑫ My injuries were a busted-lip, bleeding nose, bruised ribs and swelling of my face. ⑬ After this uncalled for beating a (unknown) nurse came to my cell and refused to give me medical treatment.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Defendant's caused the following injuries: Busted-lip, bleeding nose, bruised ribs and swelling of my face. A nurse came to see me but refused me medical treatment.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want: $80,000. for pain + suffering

$200,000. in punitive damages

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10-4-17

Signature of Plaintiff: *Donald McCiskill*
Printed Name of Plaintiff: DONALD M<sup>c</sup>CiSKiLL

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
         City        State        Zip Code
Telephone Number _____
E-mail Address _____

Page 6 of 6